UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

WILLIAM BENJAMIN BROWN, )
)
v. ) Case No. CV616-081
) CR611-001
UNITED STATES OF AMERICA )

## REPORT AND RECOMMENDATION

The Government's motion to dismiss William Benjamin Brown's 28 U.S.C. § 2255 motion (CR611-001, doc. 94) as successive should be **GRANTED**. Doc. 96; *see also* doc. 96-2 (Eleventh Circuit ruling denying Brown leave to file a successive § 2255 motion here). Brown's motion to dismiss the Government's motion to dismiss is **DENIED**.[1] Doc. 98.

**SO REPORTED AND RECOMMENDED**, this 2nd day of August, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In it he attempts to resurrect claims already reached and rejected in this Court's 2013 rulings. *See* doc. 81, *adopted*, doc. 84, *appeal dismissed for want of prosecution*, doc. 89.