IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA     *
                             *
v.                           *     CR 611-001
                             *
WILLIAM BENJAMIN BROWN       *

O R D E R

Presently before the Court is Defendant's "FRCP 60(b)(4) motion." Upon due consideration, this motion (doc. 104) is **DENIED** for the reasons stated in the Government's response in opposition filed on February 14, 2019.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA